Law Offices of
**MATHENY SEARS LINKERT & JAIME, LLP**
MICHAEL A. BISHOP, ESQ. (SBN 105063)
KRISTIN A. BLOCHER, ESQ. (SBN 283730)
3638 American River Drive
Sacramento, California 95864
Telephone: (916) 978-3434
Facsimile: (916) 978-3430

Attorneys for Defendants
HOBBY LOBBY STORES, INC.

RYAN FISCHBACH, ESQ.
Attorney for Defendant INLAND WESTERN MDS, INC.

PAUL REIN, ESQ.
CATHERINE M CABALO, ESQ.
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE MORAN,<br><br>  Plaintiff,<br><br> v.<br><br>HOBBY LOBBY STORES, INC. and INLAND WESTERN MDS, INC.,<br><br>  Defendants. | Case No. **2:12-cv-01488-GEB-CKD**<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR DISCLOSURE OF EXPERT WITNESSES** |

The PARTIES hereby stipulate and agree to continue the deadline to exchange initial expert witness disclosures and rebuttal expert witness disclosures. Pursuant to the Status (Pretrial Scheduling Order) dated September 21, 2012, the current deadline for the exchange of initial expert witness disclosures is December 14, 2012. The PARTIES have reached a settlement agreement in principal as to injunctive relief and damages and are continuing negotiations with the hope of settling all remaining issues in this case. The PARTIES would like additional time to facilitate the settlement process.

**IT IS THEREFORE HEREBY STIPULATED** by and between the parties hereto through their respective attorneys that the deadlines relating to expert disclosures be continued as follows:

1. Disclosure of expert witnesses – January 28, 2013;
2. Rebuttal expert disclosure – February 28, 2013;

Dated: December 14, 2012                         **MATHENY SEARS LINKERT & JAIME, LLP**

By: /s/ Michael A. Bishop
MICHAEL A. BISHOP, ESQ.
KRISTIN A. BLOCHER, ESQ.
Attorneys for Defendants HOBBY LOBBY STORES, INC.

Dated: December 14, 2012

By: /s/ Ryan Fischbach
RYAN FISCHBACH, ESQ.
Attorneys for Defendant INLAND WESTERN MDS, INC.

Dated: December 14, 2012

By: /s/ Paul Rein
PAUL REIN, ESQ.
CATHERINE M. CABALO
Attorneys for Plaintiff GALE MORAN

**IT IS SO ORDERED:**

Dated: 12/17/12

GARLAND E. BURRELL, JR.
Senior United States District Judge

2

*Stipulation and Order to Extend Deadlines for Disclosure of Expert Witnesses*