1  Paul L. Rein, Esq.  (SBN 43053)
   Celia McGuinness, Esq. (SBN 159420)
2  Catherine M. Cabalo, Esq. (SBN 248198)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  Telephone:  (510) 832-5001
   Facsimile:  (510) 832-4787
5  E-mail:   reinlawoffice@aol.com

6  Attorneys for Plaintiff
   GALE MORAN
7
   *Defendants and their respective counsel are listed
8  after the caption.*

9

10                    **UNITED STATES DISTRICT COURT**

11                  **EASTERN DISTRICT OF CALIFORNIA**

12

13
   GALE MORAN,                              ) Case No. 2:12-cv-01488-GEB-CKD
14                                          )
                    Plaintiff,              )
15          vs.                             )
                                            )
16  HOBBY LOBBY STORES, INC.;               ) **STIPULATION AND [PROPOSED]**
    INLAND WESTERN MDS                      ) **ORDER TO CONTINUE**
17  PORTFOLIO, LLC; and DOES 1-10,          ) **DEADLINES FOR EXPERT**
    Inclusive,                              ) **WITNESS DISCLOSURES**
18                                          )
                    Defendants.             )
19  _____       )

20  Michael A. Bishop, Esq. (SBN 105063)

21  MATHENY SEARS LINKERT & JAIME, LLP

    3638 American River Drive
22
    Sacramento, CA  95864
23
    Telephone:  (916) 978-3434
24
    Facsimile:  (916) 978-3430

    Email:  mbishop@mathenysears.com
25
    Attorneys for Defendant
    HOBBY LOBBY STORES, INC.
26

27

28

1  Ryan D. Fischbach, Esq. (SBN 204406)
2  BAKER & HOSTETLER LLP
   12100 Wilshire Blvd., 15th Floor
3  Los Angeles, CA  90025
   Telephone:  (310) 820-8800
4  Facsimile:  (310) 820-8859
5  Email:  rfischbach@bakerlaw.com
   Attorneys for Defendant INLAND
6  WESTERN MDS PORTFOLIO, LLC
7

8

9          The PARTIES hereby stipulate and agree to continue the deadlines to exchange initial
10 expert witness disclosures and rebuttal expert witness disclosures.  On December 14, 2012, the
11 PARTIES first asked for a continuance of these deadlines (Docket No. 17), and the Court granted
12 the requested continuance (Docket No. 18).  The current deadline for the exchange of initial expert
13 witness disclosures is January 28, 2013.  The PARTIES are scheduled to complete a site inspection,
14 pursuant to F.R.Civ.P. 34, on January 24, 2013 and request more time to complete their expert
15 
16 disclosures and prepare rebuttal expert disclosures if necessary.

17         **IT IS THEREFORE HEREBY STIPULATED** by and between the parties hereto through
18 their respective attorneys that the deadlines relating to expert disclosures be continued as follows:
19 
       1.  Disclosure of expert witnesses – February 15, 2013;
20 
       2.  Rebuttal expert disclosure – March 15, 2013;
21 

22
23 Dated:  January 23, 2013          LAW OFFICES OF PAUL L. REIN
24
25                                   _____/s/ Catherine Cabalo
                                    By:  CATHERINE CABALO, ESQ.
26                                  Attorneys for Plaintiff
                                    GALE MORAN
27                                             2
28

1

2

3   Dated:  January 23, 2013            MATHENY SEARS LINKERT & JAIME,
                                         LLP
4

5                                        _____/s/ Michael A. Bishop
6                                        By:  MICHAEL A. BISHOP, ESQ.
                                         Attorneys for Defendant
7                                        HOBBY LOBBY STORES, INC.

8

9   Dated:  January 23, 2013            BAKER & HOSTETLER LLP
10

11                                       _____/s/ Ryan D. Fischbach
12                                       By:  RYAN D. FISCHBACH, ESQ.
                                         Attorneys for Defendant
13                                       INLAND WESTERN MDS PORTFOLIO,
                                         LLC
14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                         3
28

1

**ORDER**

2          IT IS SO ORDERED.

3          **Date:** <u>1/23/2013</u>

4          _____

5          GARLAND E. BURRELL, JR.
           Senior United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE EXPERT WITNESS DISCLOSURES
Case No. 2:12-CV-01488-GEB-CKD
G:\DOCS\GEB\DGEB2\ORDERS FOR SIGNATURE\2013 01 23 Continue Expert Disclosures.doc