1  Paul L. Rein, Esq.  (SBN 43053)
   Celia McGuinness, Esq. (SBN 159420)
2  Catherine M. Cabalo, Esq. (SBN 248198)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  Telephone:  (510) 832-5001
   Facsimile:  (510) 832-4787
5  E-mail:   reinlawoffice@aol.com

6  Attorneys for Plaintiff
   GALE MORAN
7
   *Defendants and their respective counsel are listed*
8  *after the caption.*

9

10

                UNITED STATES DISTRICT COURT
11
                EASTERN DISTRICT OF CALIFORNIA
12

13
   GALE MORAN,                          ) Case No. 2:12-cv-01488-GEB-CKD
14                                       )
              Plaintiff,                 )
15       vs.                             )
                                         )
16 HOBBY LOBBY STORES, INC.;             ) **STIPULATION AND [PROPOSED]**
   INLAND WESTERN MDS                    ) **ORDER TO CONTINUE**
17 PORTFOLIO, LLC; and DOES 1-10,        ) **DEADLINES FOR EXPERT**
   Inclusive,                            ) **WITNESS DISCLOSURES**
18                                       )
              Defendants.                )
19 _____      )

20 Michael A. Bishop, Esq. (SBN 105063)

21 MATHENY SEARS LINKERT & JAIME, LLP

   3638 American River Drive
22
   Sacramento, CA  95864
23
   Telephone:  (916) 978-3434
24
   Facsimile:  (916) 978-3430

   Email:  mbishop@mathenysears.com
25
   Attorneys for Defendant
26 HOBBY LOBBY STORES, INC.

27

28

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE EXPERT WITNESS DISCLOSURES
Case No. 2:12-CV-01488-GEB-CKD
G:\DOCS\GEB\DGEB2\ORDERS FOR SIGNATURE\2013 01 23 Continue Expert Disclosures.doc

1  Ryan D. Fischbach, Esq. (SBN 204406)
2  BAKER & HOSTETLER LLP
   12100 Wilshire Blvd., 15th Floor
3  Los Angeles, CA  90025
   Telephone:  (310) 820-8800
4  Facsimile:  (310) 820-8859
5  Email:  rfischbach@bakerlaw.com
   Attorneys for Defendant INLAND
6  WESTERN MDS PORTFOLIO, LLC

7

8

9          The PARTIES hereby stipulate and agree to continue the deadlines to exchange initial

10  expert witness disclosures and rebuttal expert witness disclosures.  On December 14, 2012, the

11  PARTIES first asked for a continuance of these deadlines (Docket No. 17), and the Court granted

12  the requested continuance (Docket No. 18).  The current deadline for the exchange of initial expert

13  witness disclosures is January 28, 2013.  The PARTIES are scheduled to complete a site inspection,

14  pursuant to F.R.Civ.P. 34, on January 24, 2013 and request more time to complete their expert

15  disclosures and prepare rebuttal expert disclosures if necessary.

16

17          **IT IS THEREFORE HEREBY STIPULATED** by and between the parties hereto through

18  their respective attorneys that the deadlines relating to expert disclosures be continued as follows:

19      1.   Disclosure of expert witnesses – February 15, 2013;

20      2.   Rebuttal expert disclosure – March 15, 2013;

21

22

23  Dated:  January 23, 2013          LAW OFFICES OF PAUL L. REIN

24

25                                       _____ /s/ Catherine Cabalo
                                    By:  CATHERINE CABALO, ESQ.
26                                  Attorneys for Plaintiff
                                    GALE MORAN
27                                              2

28

1

2

3   Dated:  January 23, 2013          MATHENY SEARS LINKERT & JAIME,
                                       LLP
4

5                                           /s/ Michael A. Bishop
6                                      By:  MICHAEL A. BISHOP, ESQ.
                                       Attorneys for Defendant
7                                      HOBBY LOBBY STORES, INC.

8

9   Dated:  January 23, 2013          BAKER & HOSTETLER LLP
10

11                                          /s/ Ryan D. Fischbach
12                                     By:  RYAN D. FISCHBACH, ESQ.
                                       Attorneys for Defendant
13                                     INLAND WESTERN MDS PORTFOLIO,
                                       LLC
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1

**ORDER**

2

IT IS SO ORDERED.

3

**Date:** <u>1/23/2013</u>

4

_____

5

GARLAND E. BURRELL, JR.
Senior United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4