IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE MORAN,<br>Plaintiff,<br>v.<br>HOBBY LOBBY STORES, INC.; INLAND WESTERN MDS PORTFOLIO, LLC,<br>Defendants. | 2:12-cv-01488-GEB-CKD<br><br><u>ORDER GRANTING PLAINTIFF'S APPLICATION FOR RECONSIDERATION AND VACATING DISMISSAL ORDER</u> |

On April 15, 2013, Plaintiff filed an "Application for Reconsideration," in which the Court is requested to "reconsider its Dismissal Order, dated April 3, 2013, dismissing all of Plaintiff's claims against all defendants in the above-captioned case." (Pl.'s Appl. 1:19-21, ECF No. 24.) Plaintiff argues: "the Court erred because it dismissed all claims against all defendants despite the parties' clear agreement and stipulation that the issues of Plaintiff's attorney fees, litigation expenses, and costs are active issues in this case and may need to be resolved by the Court." (<u>Id.</u> at 1:22-25.)

This was not made as clear as Plaintiff states. The April 3, 2013 Dismissal Order (ECF No. 23) issued in light of Plaintiff's March 27, 2013 filing of the parties' "Settlement Agreement and Release of All Claims" with a proposed order, which requested the Court "retain jurisdiction of this action to enforce provisions of th[e] the Settlement Agreement and Release . . . ." (<u>See</u> ECF No. 22, at 11.)

1         In light of Plaintiff's assertion that attorney's fees, litigation expenses and costs have not been resolved by the parties, Plaintiff's Application for Reconsideration is GRANTED. Therefore, the Dismissal Order filed April 3, 2013 is VACATED.

        Further, this action has been scheduled, and the Status Order filed September 21, 2012 (ECF No. 16), as modified by the Stipulation and Order filed January 25, 2013 (ECF No. 21), remains in effect.

Dated: April 24, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge